# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

In re:

    **Application for PACER**                                      Case # 2:22-mc-108
    **Fees Exemption**

## ORDER
## GRANTING DHANANJAY GHEI AN EXEMPTION
## FROM THE ELECTRONIC PUBLIC ACCESS FEES

    This matter is before the Court upon the application and request by Dhananjay Ghei for an exemption from the fees imposed by the Electronic Public Access ("PACER") fee schedule adopted by the Judicial Conference of the United States Courts.

    Based on the application and applicable rules, THE COURT FINDS that Dhananjay Ghei, as an a PhD student in the Department of Economics, University of Minnesota, Twin Cities, falls within the class of users listed in the fee schedule who are eligible for a fee exemption, and that Dhananjay Ghei has demonstrated an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

    Accordingly, IT IS HEREBY ORDERED that Dhananjay Ghei shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of his research, from the date this Order is entered until February 15, 2024. However he shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court.

    IT IS FURTHER ORDERED that the following limitations shall also apply:

1. this fee exemption applies only to Dhananjay Ghei and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this Court that are available through the PACER system;
3. Dhananjay Ghei is prohibited from selling for profit any data he obtains as a result of receiving this exemption;

4. Dhananjay Ghei is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
5. this exemption is valid until February 15, 2024; and
6. this exemption is subject to revocation by the Court at any time.

IT IS FURTHER ORDERED that the Clerk shall promptly send a copy of this Order to the PACER Service Center.

**SO ORDERED**.

August 16, 2022  
Burlington, Vermont

_____  
Hon. Heather Z. Cooper  
United States Bankruptcy Judge